## VERTIMER vs. REICHARD.

*Sixth Judicial District Court, Sept.,* 1857.

### STATUTE OF LIMITATIONS.

Where the last day allowed by the statute for bringing the action falls upon Sunday, the action must be commenced upon the preceding day, and not on the day after.

The names of counsel have not been furnished.

BOTTS, J.—This is an action brought upon an open account for goods, wares, and merchandise. The defendant pleads that no part of the cause of action occurred within one year from the commencement of the suit.

The complaint alleges that the last item in the account bears date January 18, 1856, and it is admitted that the complaint was filed January 19, 1857.

The statute is imperative in requiring such an action to be commenced within a year. In reckoning time from an event, here it is reckoned from the delivery of the last item, the day of the event is to be computed. The People vs. Clark, 1 Cal. Rep., 407. As to the fact urged by the plaintiff's counsel, that the 18th of January, 1857, fell on Sunday, the authority cited (note to 2d Hill, 377) is directly against him.